**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**BRUCE CAMPBELL,**

                **Plaintiff,**

      **v.**                                      1:08-CV-0812

**MICHAEL J. ASTRUE**
**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

APPEARANCES:                           OF COUNSEL:

Empire Justice Center                 Louise Marie Tarantino, Esq.
119 Washington Avenue, 2nd Floor
Albany, NY 12210
Counsel for Plaintiff

Social Security Administration        Marie P. Fragassi Santangelo
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 29th day of April 2010. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     **ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner's decision denying disability benefits is remanded for further proceedings in accordance with the Report-Recommendation and pursuant to sentence four of 42 U.S.C. Section 405(g).

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: May 14, 2010
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge